# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

405

CA 12-01945

PRESENT: SMITH, J.P., FAHEY, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

CARL FELDMAN AND DONNA FELDMAN,
PLAINTIFFS-RESPONDENTS,

V                                                                    ORDER

LAMPARELLI CONSTRUCTION COMPANY, INC. AND
ST. VINCENT DEPAUL, DEFENDANTS-APPELLANTS.

---

GOLDBERG SEGALLA LLP, BUFFALO (PAUL D. MCCORMICK OF COUNSEL), FOR
DEFENDANTS-APPELLANTS.

COLLINS & COLLINS, LLC, BUFFALO (CHARLES H. COBB OF COUNSEL), FOR
PLAINTIFFS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered June 5, 2012. The order, insofar as appealed from, denied in part the cross motion of defendants for summary judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 1, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: April 26, 2013                          Frances E. Cafarell
                                                 Clerk of the Court